UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

Jorge AYALA-Hurd
Defendant

Magistrate's Case No. 08 MJ 0338

COMPLAINT FOR VIOLATION OF

21 U.S.C. 952 and 960

Unlawful Importation of a Controlled Substance

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about February 5, 2008, within the Southern District of California, defendant Jorge AYALA-Hurd did knowingly and intentionally import approximately 6.30 kilograms (13.86 pounds) of methamphetamine and approximately 7.35 kilograms (16.17 pounds) of cocaine, both Schedule II Controlled Substances, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this _____ day of February, 2008.

United States Magistrate Judge

Page 1

United States of America
      VS.
**Jorge AYALA-Hurd**

## STATEMENT OF FACTS

On February 5, 2008, at approximately 0651 hours, Jorge AYALA-Hurd attempted entry into the United States from Mexico through the San Ysidro Port of Entry, San Diego, California. AYALA was the driver and registered owner of a 1991 Toyota Pickup truck bearing Baja California license plate AL66590.

During pre-primary roving operations, a Customs and Border Protection narcotic detector dog alerted to a narcotic odor coming from the vehicle.

In the vehicle secondary area, a total of 10 packages containing approximately 6.30 kilograms (13.86 pounds) of methamphetamine and 6 packages containing approximately 7.35 kilograms (16.17 pounds) of cocaine were found concealed behind the glove box inside the firewall of the vehicle. A presumptive test of the contents of one (1) of the six (6) matching packages revealed a positive reaction to the presence of methamphetamine. A presumptive test of the contents of one (1) of the ten (10) matching packages revealed a positive reaction to the presence of cocaine.

AYALA waived his Constitutional rights and admitted knowledge he was smuggling drugs into the United States and stated he was being paid $2,000.00 to cross the drug-laden vehicle into the United States.

AYALA was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance and was booked into the Metropolitan Correctional Center, San Diego, CA.