1 **NORMA A. AGUILAR**
California State Bar No. 211088
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: norma_aguilar@fd.org

5 Attorneys for Jorge Ayala-Hurd

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE RUBEN B. BROOKS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0338 |
| )  Plaintiff, ) | |
| ) v. ) | **CERTIFICATE OF SERVICE** |
| ) JORGE AYALA-HURD, ) | |
| )  Defendant. ) | |
| _____ ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

                  U.S. Attorney CR
                Efile.dkt.gc2@usdoj.gov

                                Respectfully submitted,

DATED:    February 7, 2008        /s/ Norma A. Aguilar
                                          **NORMA A. AGUILAR**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Jorge Ayala-Hurd